NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1099, -1108, -1119

SEB S.A.,

> Plaintiff/Counterclaim Defendant-
> Cross Appellant,

and

T-FAL CORPORATION,

> Counterclaim Defendant,

v.

MONTGOMERY WARD & CO., INC.,

> Defendant,

and

GLOBAL-TECH APPLIANCES, INC.,

> Defendant-Appellant,

and

PENTALPHA ENTERPRISES, LTD.,

> Defendant-Counterclaimant-
> Appellant.

Appeal from the United States District Court for the Southern District of New York in 99-CV-9284, Judge Stephen C. Robinson.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Pentalpha Enterprises, Ltd. and Global-Tech Appliances, Inc. move for a stay of proceedings in this court pending the final office action in the United States Patent and Trademark Office's reexamination of SEB S.A.'s patent. SEB opposes. Pentalpha replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

AUG 11 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Norman H. Zivin, Esq.
William Dunnegan, Esq.
s19



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 11 2009

JAN HORBALY
CLERK